# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HAMILTON,<br><br>        Petitioner,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>        Respondent. | Case No. CV 17-1387 ODW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 18, 2017

                                              OTIS D. WRIGHT, II
                                              UNITED STATES DISTRICT JUDGE